# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>Jointly Administered<br><br>**Re: Docket No. 2850** |
| CENTER CITY HEALTHCARE, LLC, *et al.*,<br><br>Plaintiffs<br><br>- against –<br><br>Defendants Listed on Schedule "1",<br><br>Defendants. | **Adversary Nos. See Schedule "1"** |

**INITIAL REPORT WITH RESPECT TO THE STATUS OF
AVOIDANCE ADVERSARY PROCEEDINGS PURSUANT TO
ORDER ESTABLISHING STREAMLINED PROCEDURES GOVERNING
ADVERSARY PROCEEDINGS BROUGHT BY DEBTORS PURSUANT
TO SECTIONS 502, 547, 548 AND 550 OF THE BANKRUPTCY CODE [D.I. 2850]**

Plaintiffs submit this initial report (the "**Initial Report**") with respect to the status[2] of the adversary proceedings commenced pursuant to §§ 502, 547, 548 and 550 of title 11 of the United States Code (the "**Avoidance Actions**") and subject to the *Order Establishing Streamlined Procedures Governing Adversary Proceedings Brought by Debtors Pursuant to Sections 502, 547,*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] The status of each Avoidance Action as set forth in this Initial Report is current through October 29, 2021.

39217940.1

*548 and 550 of the Bankruptcy Code* [D.I. 2830] (the "**Procedures Order**") entered by the Court on September 21, 2021.

Dated: November 8, 2021

| | |
|---|---|
| **SAUL EWING ARNSTEIN & LEHR LLP** | **KLEHR HARRISON HARVEY BRANZBURG LLP** |
| */s/ John D. Demmy* | */s/ Sally E. Veghte* |
| Mark Minuti (DE Bar No. 2659) | Domenic E. Pacitti (DE Bar No. 3989) |
| John D. Demmy (DE Bar No. 2802) | Sally E. Veghte (DE Bar No. 4762) |
| Monique B. DiSabatino (DE Bar No. 6027) | 919 North Market Street, Suite 1000 |
| 1201 N. Market Street, Suite 2300 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | Telephone: (302) 426-1189 |
| Telephone: (302) 421-6800 | dpacitti@klehr.com |
| mark.minuti@saul.com | sveghte@klehr.com |
| john.demmy@saul.com | |
| monique.disabatino@saul.com | *Counsel to the Plaintiffs in the adversaries identified on Schedule 1-B* |
| -and- | |
| Jeffrey C. Hampton | |
| Adam H. Isenberg | |
| Jorge Garcia | |
| Shannon A. McGuire | |
| Centre Square West | |
| 1500 Market Street, 38th Floor | |
| Philadelphia, PA 19102 | |
| Telephone: (215) 972-7777 | |
| jeffrey.hampton@saul.com | |
| adam.isenberg@saul.com | |
| jorge.garcia@saul.com | |
| shannon.mcguire@saul.com | |
| *Counsel to the Debtors and Debtors in Possession* | |

39217940.1

**CROSS & SIMON LLC**

*/s/ Kevin S. Mann*
Christopher P. Simon (DE Bar No. 3697)
Kevin S. Mann (DE Bar No. 4576)
1105 North Market Street, Suite 901
Wilmington, DE 19801
Telephone: (302) 777-4200
csimon@crosslaw.com
kmann@crosslaw.com

*Counsel to the Plaintiffs in the adversary identified on Schedule 1-C*

39217940.1

# SCHEDULE 1

## Schedule 1-A
**Avoidance Actions filed by Saul Ewing Arnstein & Lehr LLP, Debtors' Counsel**

| Case No. | Defendant | Filing Date |
|---|---|---|
| 21-50762 | Abbott Laboratories, Inc. | 06/23/2021 |
| 21-50765 | CCJ Physics LLC | 06/23/2021 |
| 21-50768 | District 1199C Training & Upgrading Fund | 06/23/2021 |
| 21-50773 | Exactech Inc. | 06/23/2021 |
| 21-50778 | General Healthcare Resources Inc. | 06/23/2021 |
| 21-50782 | Greater Delaware Valley Society of Transplant Surgeons | 06/23/2021 |
| 21-50788 | Mayflower Laundry & Textile Services, LLC | 06/23/2021 |
| 21-50796 | McKesson Plasma & Biologics LLC et al | 06/23/2021 |
| 21-50800 | Occupational Health Centers of the Southwest, P.A. | 06/23/2021 |
| 21-50803 | Olympus America, Inc. | 06/23/2021 |
| 21-50807 | Philips Electronics North America Corporation | 06/23/2021 |
| 21-50811 | Roche Diagnostics Corporation | 06/23/2021 |
| 21-50812 | Trisonics Inc. | 06/23/2021 |
| 21-50816 | Water Revenue Bureau | 06/23/2021 |
| 21-50891 | Analogic Corp. | 06/24/2021 |
| 21-50892 | Baxter Healthcare Corp. | 06/24/2021 |
| 21-50893 | Biofire Diagnostics, LLC | 06/24/2021 |
| 21-50894 | Biomerieux Inc. | 06/24/2021 |
| 21-50895 | Cook Medical LLC | 06/24/2021 |
| 21-50896 | De Lage Landen Financial Services, Inc. | 06/24/2021 |
| 21-50897 | Edwards Lifesciences | 06/24/2021 |
| 21-50898 | EZ-Park Inc. | 06/24/2021 |
| 21-50899 | GE Healthcare Inc. | 06/24/2021 |
| 21-50900 | GE Medical Systems Inc. | 06/24/2021 |
| 21-50901 | General Electric Co. | 06/24/2021 |
| 21-50902 | Integra Lifesciences Corporation | 06/24/2021 |
| 21-50903 | Keystone Quality Transport Inc. | 06/24/2021 |
| 21-50904 | Nuance Communications, Inc. | 06/24/2021 |
| 21-50905 | Physician and Tactical Healthcare Services, LLC | 06/24/2021 |
| 21-50906 | Peoples Capital and Leasing Co. | 06/24/2021 |
| 21-50908 | Solid Waste Services Inc. | 06/24/2021 |
| 21-50909 | Spectranetics Corporation | 06/24/2021 |
| 21-50910 | Urology for Children LLC | 06/24/2021 |
| 21-50914 | Cepheid Inc. | 06/25/2021 |

| Case No. | Defendant | Filing Date |
|---|---|---|
| 21-50915 | Veritystream, Inc. f/k/a Echo Inc.[1] | 06/25/2021 |
| 21-50916 | Environmental Control Services, Inc. | 06/25/2021 |
| 21-50917 | Joseph Glass | 06/25/2021 |
| 21-50918 | Healthstream, Inc. | 06/25/2021 |
| 21-50919 | Medical Components Inc. | 06/25/2021 |
| 21-50920 | Medline Industries Inc. | 06/25/2021 |
| 21-50921 | Orthofix Inc. | 06/25/2021 |
| 21-50922 | Scribe America LLC | 06/25/2021 |
| 21-50923 | Specialtycare, Inc. | 06/25/2021 |
| 21-50924 | Tozour Energy Systems, Inc. | 06/25/2021 |
| 21-50925 | Zimmer US, Inc. | 06/25/2021 |
| 21-50926 | Bio-Optronics Inc. | 06/25/2021 |
| 21-50927 | Duff & Phelps Corporation | 06/25/2021 |
| 21-50928 | Germain & Company, Inc. | 06/25/2021 |
| 21-50929 | Immucor, Inc. | 06/25/2021 |
| 21-50930 | Nova Capital Group LLC | 06/25/2021 |
| 21-50931 | Quantros Inc. | 06/25/2021 |
| 21-50932 | Anesthesia Business Consultants, LLC | 06/26/2021 |
| 21-50933 | Cryolife Inc. | 06/26/2021 |
| 21-50934 | Freedom Specialty Services Inc. | 06/26/2021 |
| 21-50936 | Genzyme Corporation | 06/26/2021 |
| 21-50937 | Heery International Inc. | 06/26/2021 |
| 21-50938 | Holland Square Group, LLC | 06/26/2021 |
| 21-50939 | Huntington Technology Finance Inc. | 06/26/2021 |
| 21-50940 | Radiometer America Inc. | 06/26/2021 |
| 21-50941 | Robert Half International, Inc. | 06/26/2021 |
| 21-50942 | Scheduling.com, Inc. | 06/26/2021 |
| 21-50943 | TF Development Ltd. | 06/26/2021 |
| 21-50944 | DLC Management Group Inc. | 06/26/2021 |
| 21-50945 | FFF Enterprises Inc. | 06/26/2021 |
| 21-50946 | Priority Healthcare Distribution, Inc. | 06/26/2021 |
| 21-50948 | Accruent LLC | 06/27/2021 |
| 21-50949 | Call 4 Nurse LLC and Call 4 Health, Inc. | 06/27/2021 |
| 21-50950 | Diagnostic Stago Inc. | 06/27/2021 |
| 21-50951 | Instrumentation Laboratory Inc. | 06/27/2021 |
| 21-50952 | Merit Medical Systems Inc. | 06/27/2021 |
| 21-50953 | Misys Healthcare Systems Corp. | 06/27/2021 |
| 21-50954 | Reuter & Haney Inc. | 06/27/2021 |
| 21-50955 | SD Real Estate Developers LLC | 06/27/2021 |
| 21-50956 | Tele-Physicians, P.C. | 06/27/2021 |

---

[1] An amended complaint has been filed in this Avoidance Action which, along with an alias summons, was served on the defendant on October 22, 2021.

2

3

| Case No. | Defendant | Filing Date |
|---|---|---|
| 21-50957 | Veolia Energy Philadelphia, Inc. | 06/27/2021 |
| 21-50958 | WW Grainger Inc. | 06/27/2021 |
| 21-50959 | Zimmerman, Joanna | 06/27/2021 |
| 21-50960 | Medical Doctor Associates LLC | 06/28/2021 |
| 21-50961 | Perinatal Cardiology Consultants, PC | 06/28/2021 |
| 21-50962 | Philadelphia Urosurgical Associates PC | 06/28/2021 |
| 21-50963 | Fisher Scientific Company L.L.C. | 06/28/2021 |
| 21-50964 | David Keith Butler, Sr. | 06/28/2021 |
| 21-50965 | Independent Medical Expert Consulting Services, Inc. | 06/28/2021 |
| 21-50967 | Pfizer Inc. | 06/28/2021 |
| 21-50984 | Ackers Hardware Inc. | 06/28/2021 |
| 21-50986 | S.R. Wojdak & Associates, LP | 06/28/2021 |
| 21-51024 | Sunquest Information Systems, Inc. | 08/20/2021 |
| 21-51025 | S.A. Comunale Co., Inc. | 08/20/2021 |
| 21-51026 | Bio-Rad Laboratories Inc. | 08/23/2021 |
| 21-51027 | Comphealth Associates Inc. | 08/23/2021 |
| 21-51028 | Arthrex Inc. | 08/23/2021 |
| 21-51029 | West Physics Consulting, LLC | 08/27/2021 |

## Schedule 1-B

**Avoidance Actions filed by Klehr Harrison Harvey Branzburg LLP, Conflicts Counsel**

| Case No. | Defendant | Filing Date |
|---|---|---|
| 21-50764 | Carefusion Solutions LLC | 6/23/2021 |
| 21-50969 | Accreditation Council for Graduate Medical Education | 06/28/2021 |
| 21-50971 | Beckman Coulter Inc. | 06/28/2021 |
| 21-50973 | Cintas Corporation | 06/28/2021 |
| 21-50974 | Depuy Synthes Sales, Inc. | 06/28/2021 |
| 21-50975 | FedEx Corporation | 06/28/2021 |
| 21-50976 | Fortec Medical Inc. | 06/28/2021 |
| 21-50977 | GlaxoSmithKline LLC | 06/28/2021 |
| 21-50978 | Global Neurosciences Institute | 06/28/2021 |
| 21-50979 | Hologic Inc. | 06/28/2021 |
| 21-50980 | KCI USA Inc. | 06/28/2021 |
| 21-50981 | Manhattan Telecommunications Inc. et al | 06/28/2021 |
| 21-50982 | Nuvasive Inc. | 06/28/2021 |
| 21-50983 | Orthopediatrics Corp. | 06/28/2021 |
| 21-50985 | Sanofi Pasteur Inc. | 06/28/2021 |
| 21-50987 | Siemens Industry, Inc. et al | 06/28/2021 |
| 21-50988 | Sterilmed Inc. | 06/28/2021 |

## Schedule 1-C
**Avoidance Action filed by Cross & Simon, LLC, Conflicts Counsel**

| Case No. | Defendant | Filing Date |
|---|---|---|
| 21-50913 | Airgas Inc. | 06/25/2021 |

39217940.1

# STATUS A

## Service Not Yet Complete

NONE

# STATUS B

### Service is Complete and Answer Not Yet Due

| Case No. | Defendant | Extension Date |
|---|---|---|
| 21-50969 | Accreditation Council for Graduate Medical Education | 11/15/2021 |
| 21-50764 | Carefusion Solutions LLC | 11/15/2021 |
| 21-50914 | Cepheid Inc. | 11/01/2021 |
| 21-50933 | Cryolife Inc. | 11/01/2021 |
| 21-50944 | DLC Management Group Inc. | 30 days after mediation |
| 21-50975 | FedEx Corporation | 11/15/2021 |
| 21-50963 | Fisher Scientific Company L.L.C. | 11/15/2021 |
| 21-50899 | GE Healthcare Inc. | 11/30/2021 |
| 21-50900 | GE Medical Systems Inc. | 11/30/2021 |
| 21-50901 | General Electric Co. | 11/30/2021 |
| 21-50928 | Germain & Company, Inc. | 11/15/2021 |
| 21-50981 | Manhattan Telecommunications Inc. et al | 11/30/2021 |
| 21-50796 | McKesson Plasma & Biologics LLC, et al. | 11/15/2021 |
| 21-50920 | Medline Industries Inc. | 11/15/2021 |
| 21-50800 | Occupational Health Centers of the Southwest, P.A. | 11/15/2021 |
| 21-50803 | Olympus America, Inc. | 11/15/2021 |
| 21-50967 | Pfizer Inc. | 11/30/2021 |
| 21-50962 | Philadelphia Urosurgical Associates PC | 11/10/2021 |
| 21-50807 | Philips Electronics North America Corporation | 11/15/2021 |
| 21-51025 | S.A. Comunale Co., Inc. | 11/15/2021 |
| 21-50922 | Scribe America LLC | 11/30/2021 |
| 21-50987 | Siemens Industry, Inc. et al. | 11/15/2021 |
| 21-50923 | Specialtycare, Inc. | 11/15/2021 |
| 21-51024 | Sunquest Information Systems, Inc. | 11/01/2021 |
| 21-50915 | Veritystream, Inc. f/k/a Echo Inc.[1] | See footnote |
| 21-51029 | West Physics Consulting, LLC | 11/15/2021 |

---

[1] An amended complaint has been filed in this Avoidance Action which, along with an alias summons, was served on the defendant on October 22, 2021. Thus, this defendant's deadline to respond does not expire until November 21, 2021.

39217940.1

## STATUS C

**Service is Complete, No Answer Filed, Default Judgment to be Requested**

| Case No. | Defendant |
|---|---|
| 21-50948 | Accruent LLC |
| 21-50984 | Ackers Hardware Inc. |
| 21-50893 | Biofire Diagnostics, LLC[1] |
| 21-50926 | Bio-Optronics Inc. |
| 21-50964 | David Keith Butler, Sr. |
| 21-50974 | Depuy Synthes Sales, Inc. |
| 21-50950 | Diagnostic Stago Inc. |
| 21-50897 | Edwards Lifesciences |
| 21-50916 | Environmental Control Services, Inc. |
| 21-50773 | Exactech Inc. |
| 21-50945 | FFF Enterprises Inc. |
| 21-50976 | Fortec Medical Inc. |
| 21-50778 | General Healthcare Resources Inc. |
| 21-50936 | Genzyme Corporation |
| 21-50918 | Healthstream, Inc. |
| 21-50939 | Huntington Technology Finance Inc. |
| 21-50965 | Independent Medical Expert Consulting Services, Inc. |
| 21-50952 | Merit Medical Systems Inc.[2] |
| 21-50930 | Nova Capital Group LLC |
| 21-50961 | Perinatal Cardiology Consultants, PC |
| 21-50946 | Priority Healthcare Distribution, Inc. |
| 21-50931 | Quantros Inc. |
| 21-50940 | Radiometer America Inc. |
| 21-50942 | Scheduling.com, Inc. |
| 21-50909 | Spectranetics Corporation |
| 21-50988 | Sterilmed Inc. |
| 21-50956 | Tele-Physicians, P.C. |
| 21-50812 | Trisonics Inc. |

---

[1]   No answer has been filed and no extension of time has been requested. Plaintiffs are in settlement discussions with this defendant, but reserve the right to seek a default.

[2]   No answer has been filed and no extension of time has been requested. Plaintiffs are in settlement discussions with this defendant, but reserve the right to seek a default.

39217940.1

# STATUS D

### Adversary Case has Settled / Adversary Case Dismissed

| Case No. | Defendant | Status |
|---|---|---|
| 21-50913 | Airgas Inc. | Settled; Subject to Pending Settlement (Motion to Approve Compromise filed at D.I. 2978) |
| 21-50891 | Analogic Corp. | Settled and Dismissed |
| 21-50932 | Anesthesia Business Consultants, LLC | Settled and Dismissed |
| 21-51028 | Arthrex Inc. | Settled; Subject to Pending Settlement; (Motion to Approve Compromise filed at D.I. 2983) |
| 21-50765 | CCJ Physics LLC | Settled; Subject to Pending Settlement; (Motion to Approve Compromise filed at D.I. 3011) |
| 21-51027 | Comphealth Associates Inc. | Settled and Dismissed |
| 21-50895 | Cook Medical LLC | Dismissed |
| 21-50768 | District 1199C Training & Upgrading Fund | Dismissed |
| 21-50927 | Duff & Phelps Corporation | Settled and Dismissed |
| 21-50898 | EZ-Park Inc. | Settled and Dismissed |
| 21-50977 | GlaxoSmithKline LLC | Dismissed |
| 21-50937 | Heery International Inc. | Settled and Dismissed |
| 21-50929 | Immucor, Inc. | Settled and Dismissed |
| 21-50951 | Instrumentation Laboratory Inc. | Dismissed |
| 21-50980 | KCI USA Inc. | Dismissed |
| 21-50919 | Medical Components Inc. | Dismissed |
| 21-50960 | Medical Doctor Associates LLC | Settled; Subject to Pending Settlement (Motion to Approve Compromise filed at D.I. 2984) |
| 21-50953 | Misys Healthcare Systems Corp. | Dismissed |
| 21-50982 | Nuvasive Inc. | Dismissed |
| 21-50921 | Orthofix Inc. | Settled; Subject to Pending Settlement (Motion to Approve Compromise filed at D.I. 2985) |
| 21-50906 | Peoples Capital and Leasing Co. | Settled; Subject to Pending Settlement (Motion to Approve Compromise filed at D.I. 3001) |
| 21-50954 | Reuter & Haney Inc. | Settled and Dismissed |

| Case No. | Defendant | Status |
| --- | --- | --- |
| 21-50941 | Robert Half International, Inc. | Settled and Dismissed |
| 21-50811 | Roche Diagnostics Corporation | Dismissed |
| 21-50955 | SD Real Estate Developers LLC | Settled and Dismissed |
| 21-50943 | TF Development Ltd. | Dismissed |
| 21-50910 | Urology for Children LLC | Dismissed |
| 21-50959 | Zimmerman, Joanna | Dismissed |

# STATUS E

**Adversary Case has been Resolved and/or Settled but not Dismissed**

| Case No. | Defendant | Status |
|---|---|---|
| 21-50894 | Biomerieux Inc. | Settled; Subject to Pending Settlement |
| 21-51026 | Bio-Rad Laboratories Inc. | Settled; Subject to Pending Settlement |
| 21-50949 | Call 4 Nurse LLC and Call 4 Health, Inc. | Settled; Subject to Pending Settlement |
| 21-50973 | Cintas Corporation | Settled; Subject to Pending Settlement |
| 21-50938 | Holland Square Group, LLC | Settled; Subject to Pending Settlement |
| 21-50979 | Hologic Inc. | Settled; Subject to Pending Settlement |
| 21-50983 | Orthopediatrics Corp. | Settled; Subject to Pending Settlement |
| 21-50958 | WW Grainger Inc. | Settled; Subject to Pending Settlement |
| 21-50925 | Zimmer US, Inc. | Settled; Subject to Pending Settlement |

# STATUS F

## Answered Filed and/or Discovery Underway

| Case No. | Defendant |
|---|---|
| 21-50762 | Abbott Laboratories, Inc. |
| 21-50892 | Baxter Healthcare Corp. |
| 21-50971 | Beckman Coulter Inc. |
| 21-50896 | De Lage Landen Financial Services, Inc. |
| 21-50934 | Freedom Specialty Services Inc. |
| 21-50978 | Global Neurosciences Institute |
| 21-50782 | Greater Delaware Valley Society of Transplant Surgeons |
| 21-50902 | Integra Lifesciences Corporation |
| 21-50917 | Joseph Glass |
| 21-50903 | Keystone Quality Transport Inc. |
| 21-50788 | Mayflower Laundry & Textile Services, LLC |
| 21-50904 | Nuance Communications, Inc. |
| 21-50905 | Physician and Tactical Healthcare Services, LLC |
| 21-50985 | Sanofi Pasteur Inc. |
| 21-50908 | Solid Waste Services Inc. |
| 21-50986 | S.R. Wojdak & Associates, LP |
| 21-50924 | Tozour Energy Systems, Inc. |
| 21-50957 | Veolia Energy Philadelphia, Inc. |
| 21-50816 | Water Revenue Bureau |

# STATUS G

## Mediator Selected/ Appointed

| Case No. | Defendant |
|---|---|
| 21-50892 | Baxter Healthcare Corp. |
| 21-50971 | Beckman Coulter Inc. |
| 21-50914 | Cepheid Inc. |
| 21-50896 | De Lage Landen Financial Services, Inc. |
| 21-50944 | DLC Management Group Inc. |
| 21-50934 | Freedom Specialty Services Inc. |
| 21-50917 | Joseph Glass |
| 21-50788 | Mayflower Laundry & Textile Services, LLC |
| 21-50904 | Nuance Communications, Inc. |
| 21-50905 | Physician and Tactical Healthcare Services, LLC |
| 21-50985 | Sanofi Pasteur Inc. |
| 21-50987 | Siemens Industry, Inc. et al |
| 21-50908 | Solid Waste Services Inc. |
| 21-50957 | Veolia Energy Philadelphia, Inc. |
| 21-50816 | Water Revenue Bureau |
| 21-51029 | West Physics Consulting, LLC |

# STATUS H

## Cases Ready for Trial

NONE

## STATUS I

### Disposition Motion Pending

| |
|---|
| NONE |

## STATUS J

**Cases Stayed by the Filing of Another Bankruptcy Action / Suggestion of Bankruptcy Filed or Required**

| |
|---|
| NONE |

# STATUS K

## Cases in Which an Appeal is Pending

| |
|---|
| NONE |