**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>Jointly Administered<br><br>**Re: Docket No. 2850** |
| CENTER CITY HEALTHCARE, LLC, *et al.*,<br><br>Plaintiffs<br><br>- against –<br><br>Defendants Listed on Schedule "1",<br><br>Defendants. | **Adversary Nos. See Schedule "1"** |

**THIRD INTERIM REPORT WITH RESPECT TO THE STATUS
OF AVOIDANCE ADVERSARY PROCEEDINGS PURSUANT TO
ORDER ESTABLISHING STREAMLINED PROCEDURES GOVERNING
ADVERSARY PROCEEDINGS BROUGHT BY DEBTORS PURSUANT TO
SECTIONS 502, 547, 548 AND 550 OF THE BANKRUPTCY CODE [D.I. 2850][2]**

Plaintiffs submit this third interim report (the "**Report**") with respect to the status of the adversary proceedings (i) commenced pursuant to §§ 502, 547, 548 and 550 of title 11 of the United States Code (the "**Avoidance Actions**"), and (ii) subject to the *Order Establishing*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] The status of each Avoidance Action as set forth in this Initial Report is current through February 22, 2022.

40146638.3

*Streamlined Procedures Governing Adversary Proceedings Brought by Debtors Pursuant to Sections 502, 547, 548 and 550 of the Bankruptcy Code* [D.I. 2830] entered by the Court on September 21, 2021.

Dated: June 14, 2022

| | |
|---|---|
| **SAUL EWING ARNSTEIN & LEHR LLP** | **KLEHR HARRISON HARVEY BRANZBURG LLP** |
| | |
| */s/ John D. Demmy* | */s/ Sally E. Veghte* |
| Mark Minuti (DE Bar No. 2659) | Domenic E. Pacitti (DE Bar No. 3989) |
| John D. Demmy (DE Bar No. 2802) | Sally E. Veghte (DE Bar No. 4762) |
| Monique B. DiSabatino (DE Bar No. 6027) | 919 North Market Street, Suite 1000 |
| 1201 N. Market Street, Suite 2300 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | Telephone: (302) 426-1189 |
| Telephone: (302) 421-6800 | dpacitti@klehr.com |
| mark.minuti@saul.com | sveghte@klehr.com |
| john.demmy@saul.com | |
| monique.disabatino@saul.com | *Conflicts Counsel to the Plaintiffs in the adversaries identified on Schedule 1-B* |
| -and- | |
| Jeffrey C. Hampton | |
| Adam H. Isenberg | |
| Centre Square West | |
| 1500 Market Street, 38th Floor | |
| Philadelphia, PA 19102 | |
| Telephone: (215) 972-7777 | |
| jeffrey.hampton@saul.com | |
| adam.isenberg@saul.com | |
| | |
| *Counsel to the Debtors and Debtors in Possession and to the Plaintiffs in the adversaries identified on Schedule 1-A* | |

# SCHEDULE 1

## Schedule 1-A

**Avoidance Actions filed by Saul Ewing Arnstein & Lehr LLP**

| Case No. | Defendant | Filing Date |
|---|---|---|
| 21-50762 | Abbott Laboratories, Inc. | 06/23/2021 |
| 21-50765 | CCJ Physics LLC | 06/23/2021 |
| 21-50768 | District 1199C Training & Upgrading Fund | 06/23/2021 |
| 21-50773 | Exactech Inc. | 06/23/2021 |
| 21-50778 | General Healthcare Resources Inc. | 06/23/2021 |
| 21-50782 | Greater Delaware Valley Society of Transplant Surgeons | 06/23/2021 |
| 21-50788 | Mayflower Laundry & Textile Services, LLC | 06/23/2021 |
| 21-50796 | McKesson Plasma & Biologics LLC et al | 06/23/2021 |
| 21-50800 | Occupational Health Centers of the Southwest, P.A. | 06/23/2021 |
| 21-50803 | Olympus America, Inc. | 06/23/2021 |
| 21-50807 | Philips Electronics North America Corporation | 06/23/2021 |
| 21-50811 | Roche Diagnostics Corporation | 06/23/2021 |
| 21-50812 | Trisonics Inc. | 06/23/2021 |
| 21-50816 | Water Revenue Bureau | 06/23/2021 |
| 21-50891 | Analogic Corp. | 06/24/2021 |
| 21-50892 | Baxter Healthcare Corp. | 06/24/2021 |
| 21-50893 | Biofire Diagnostics, LLC | 06/24/2021 |
| 21-50894 | Biomerieux Inc. | 06/24/2021 |
| 21-50895 | Cook Medical LLC | 06/24/2021 |
| 21-50896 | De Lage Landen Financial Services, Inc. | 06/24/2021 |
| 21-50897 | Edwards Lifesciences | 06/24/2021 |
| 21-50898 | EZ-Park Inc. | 06/24/2021 |
| 21-50899 | GE Healthcare Inc. | 06/24/2021 |
| 21-50900 | GE Medical Systems Inc. | 06/24/2021 |
| 21-50901 | General Electric Co. | 06/24/2021 |
| 21-50902 | Integra Lifesciences Corporation | 06/24/2021 |
| 21-50903 | Keystone Quality Transport Inc. | 06/24/2021 |
| 21-50904 | Nuance Communications, Inc. | 06/24/2021 |
| 21-50905 | Physician and Tactical Healthcare Services, LLC | 06/24/2021 |
| 21-50906 | Peoples Capital and Leasing Co. | 06/24/2021 |
| 21-50908 | Solid Waste Services Inc. | 06/24/2021 |
| 21-50909 | Spectranetics Corporation | 06/24/2021 |
| 21-50910 | Urology for Children LLC | 06/24/2021 |
| 21-50914 | Cepheid Inc. | 06/25/2021 |

| Case No. | Defendant | Filing Date |
|---|---|---|
| 21-50915 | Veritystream, Inc. f/k/a Echo Inc. | 06/25/2021 |
| 21-50916 | Environmental Control Services, Inc. | 06/25/2021 |
| 21-50917 | Joseph Glass | 06/25/2021 |
| 21-50918 | Healthstream, Inc. | 06/25/2021 |
| 21-50919 | Medical Components Inc. | 06/25/2021 |
| 21-50920 | Medline Industries Inc. | 06/25/2021 |
| 21-50921 | Orthofix Inc. | 06/25/2021 |
| 21-50922 | Scribe America LLC | 06/25/2021 |
| 21-50923 | Specialtycare, Inc. | 06/25/2021 |
| 21-50924 | Tozour Energy Systems, Inc. | 06/25/2021 |
| 21-50925 | Zimmer US, Inc. | 06/25/2021 |
| 21-50926 | Bio-Optronics Inc. | 06/25/2021 |
| 21-50927 | Duff & Phelps Corporation | 06/25/2021 |
| 21-50928 | Germain & Company, Inc. | 06/25/2021 |
| 21-50929 | Immucor, Inc. | 06/25/2021 |
| 21-50930 | Nova Capital Group LLC | 06/25/2021 |
| 21-50931 | Quantros Inc. | 06/25/2021 |
| 21-50932 | Anesthesia Business Consultants, LLC | 06/26/2021 |
| 21-50933 | Cryolife Inc. | 06/26/2021 |
| 21-50934 | Freedom Specialty Services Inc. | 06/26/2021 |
| 21-50936 | Genzyme Corporation | 06/26/2021 |
| 21-50937 | Heery International Inc. | 06/26/2021 |
| 21-50938 | Holland Square Group, LLC | 06/26/2021 |
| 21-50939 | Huntington Technology Finance Inc. | 06/26/2021 |
| 21-50940 | Radiometer America Inc. | 06/26/2021 |
| 21-50941 | Robert Half International, Inc. | 06/26/2021 |
| 21-50942 | Scheduling.com, Inc. | 06/26/2021 |
| 21-50943 | TF Development Ltd. | 06/26/2021 |
| 21-50944 | DLC Management Group Inc. | 06/26/2021 |
| 21-50945 | FFF Enterprises Inc. | 06/26/2021 |
| 21-50946 | Priority Healthcare Distribution, Inc. | 06/26/2021 |
| 21-50948 | Accruent LLC | 06/27/2021 |
| 21-50949 | Call 4 Nurse LLC and Call 4 Health, Inc. | 06/27/2021 |
| 21-50950 | Diagnostica Stago Inc. | 06/27/2021 |
| 21-50951 | Instrumentation Laboratory Inc. | 06/27/2021 |
| 21-50952 | Merit Medical Systems Inc. | 06/27/2021 |
| 21-50953 | Misys Healthcare Systems Corp. | 06/27/2021 |
| 21-50954 | Reuter & Haney Inc. | 06/27/2021 |
| 21-50955 | SD Real Estate Developers LLC | 06/27/2021 |
| 21-50956 | Tele-Physicians, P.C. | 06/27/2021 |
| 21-50957 | Veolia Energy Philadelphia, Inc. | 06/27/2021 |
| 21-50958 | WW Grainger Inc. | 06/27/2021 |
| 21-50959 | Zimmerman, Joanna | 06/27/2021 |
| 21-50960 | Medical Doctor Associates LLC | 06/28/2021 |

| Case No. | Defendant | Filing Date |
|---|---|---|
| 21-50961 | Perinatal Cardiology Consultants, PC | 06/28/2021 |
| 21-50962 | Philadelphia Urosurgical Associates PC | 06/28/2021 |
| 21-50963 | Fisher Scientific Company L.L.C. | 06/28/2021 |
| 21-50964 | David Keith Butler, Sr. | 06/28/2021 |
| 21-50965 | Independent Medical Expert Consulting Services, Inc. | 06/28/2021 |
| 21-50967 | Pfizer Inc. | 06/28/2021 |
| 21-50984 | Ackers Hardware Inc. | 06/28/2021 |
| 21-50986 | S.R. Wojdak & Associates, LP | 06/28/2021 |
| 21-51024 | Sunquest Information Systems, Inc. | 08/20/2021 |
| 21-51025 | S.A. Comunale Co., Inc. | 08/20/2021 |
| 21-51026 | Bio-Rad Laboratories Inc. | 08/23/2021 |
| 21-51027 | Comphealth Associates Inc. | 08/23/2021 |
| 21-51028 | Arthrex Inc. | 08/23/2021 |
| 21-51029 | West Physics Consulting, LLC | 08/27/2021 |
| 21-51273 | Shades of Green, Inc. | 11/23/2021 |

## Schedule 1-B

**Avoidance Actions filed by Klehr Harrison Harvey Branzburg LLP**

| Case No. | Defendant | Filing Date |
|---|---|---|
| 21-50764 | Carefusion Solutions LLC | 6/23/2021 |
| 21-50969 | Accreditation Council for Graduate Medical Education | 06/28/2021 |
| 21-50971 | Beckman Coulter Inc. | 06/28/2021 |
| 21-50973 | Cintas Corporation | 06/28/2021 |
| 21-50974 | Depuy Synthes Sales, Inc. | 06/28/2021 |
| 21-50975 | FedEx Corporation | 06/28/2021 |
| 21-50976 | Fortec Medical Inc. | 06/28/2021 |
| 21-50977 | GlaxoSmithKline LLC | 06/28/2021 |
| 21-50978 | Global Neurosciences Institute | 06/28/2021 |
| 21-50979 | Hologic Inc. | 06/28/2021 |
| 21-50980 | KCI USA Inc. | 06/28/2021 |
| 21-50981 | Manhattan Telecommunications Inc. et al | 06/28/2021 |
| 21-50982 | Nuvasive Inc. | 06/28/2021 |
| 21-50983 | Orthopediatrics Corp. | 06/28/2021 |
| 21-50985 | Sanofi Pasteur Inc. | 06/28/2021 |
| 21-50987 | Siemens Industry, Inc. et al | 06/28/2021 |
| 21-50988 | Sterilmed Inc. | 06/28/2021 |

## **Schedule 1-C**

**Avoidance Action filed by Cross & Simon, LLC**

| Case No. | Defendant | Filing Date |
|---|---|---|
| 21-50913 | Airgas Inc. | 06/25/2021 |

# STATUS A

### Service Not Yet Complete

NONE

## **STATUS B**

**Service is Complete and Answer Not Yet Due**

NONE

## STATUS C

**Service Complete, No Answer Filed, Default Judgment Entered**

| Case No. | Defendant |
|---|---|
| 21-50926 | Bio-Optronics Inc. |
| 21-50974 | Depuy Synthes Sales, Inc. |
| 21-50916 | Environmental Control Services, Inc. |
| 21-50965 | Independent Medical Expert Consulting Services, Inc. |
| 21-50961 | Perinatal Cardiology Consultants, PC |
| 21-50946 | Priority Healthcare Distribution, Inc. |
| 21-50940 | Radiometer America Inc. |
| 21-50909 | Spectranetics Corporation |
| 21-50988 | Sterilmed Inc. |
| 21-50956 | Tele-Physicians, P.C. |
| 21-50812 | Trisonics Inc.[1] |

---

[1] The Debtors have received outreach from this defendant and are engaging in informal discussions.

# STATUS D

**Avoidance Actions Settled and Dismissed or Dismissed**

| Case No. | Defendant | Status |
|---|---|---|
| 21-50762 | Abbott Laboratories, Inc. | Settled and Dismissed |
| 21-50969 | Accreditation Council for Graduate Medical Education | Dismissed |
| 21-50948 | Accruent LLC | Settled and Dismissed |
| 21-50984 | Ackers Hardware Inc. | Settled and Dismissed |
| 21-50913 | Airgas Inc. | Settled and Dismissed |
| 21-50891 | Analogic Corp. | Settled and Dismissed |
| 21-50932 | Anesthesia Business Consultants, LLC | Settled and Dismissed |
| 21-51028 | Arthrex Inc. | Settled and Dismissed |
| 21-50892 | Baxter Healthcare Corp. | Settled and Dismissed |
| 21-50893 | Biofire Diagnostics, LLC | Settled and Dismissed |
| 21-50894 | Biomerieux Inc. | Settled and Dismissed |
| 21-51026 | Bio-Rad Laboratories Inc. | Settled and Dismissed |
| 21-50949 | Call 4 Nurse LLC and Call 4 Health, Inc. | Settled and Dismissed |
| 21-50764 | Carefusion Solutions LLC | Settled and Dismissed |
| 21-50765 | CCJ Physics LLC | Settled and Dismissed |
| 21-50914 | Cepheid Inc. | Settled and Dismissed |
| 21-50973 | Cintas Corporation | Settled and Dismissed |
| 21-51027 | Comphealth Associates Inc. | Settled and Dismissed |
| 21-50895 | Cook Medical LLC | Dismissed |
| 21-50933 | Cryolife Inc. | Settled and Dismissed |
| 21-50964 | David Keith Butler, Sr. [2] | Dismissed |
| 21-50768 | District 1199C Training & Upgrading Fund | Dismissed |
| 21-50944 | DLC Management Group Inc. | Settled and Dismissed |
| 21-50927 | Duff & Phelps Corporation | Settled and Dismissed |
| 21-50897 | Edwards Lifesciences | Settled and Dismissed |
| 21-50773 | Exactech Inc. | Settled and Dismissed |
| 21-50898 | EZ-Park Inc. | Settled and Dismissed |
| 21-50975 | FedEx Corporation | Settled and Dismissed |
| 21-50945 | FFF Enterprises Inc. | Settled and Dismissed |
| 21-50963 | Fisher Scientific Company L.L.C. | Settled and Dismissed |
| 21-50976 | Fortec Medical Inc. | Settled and Dismissed |
| 21-50934 | Freedom Specialty Services Inc. | Settled and Dismissed |
| 21-50928 | Germain & Company, Inc. | Settled and Dismissed |
| 21-50917 | Joseph Glass | Dismissed |
| 21-50899 | GE Healthcare Inc. | Settled and Dismissed |

---

[2] On March 7, 2022, David Keith Butler Sr. filed a motion to reopen adversary proceeding, set aside defaults and vacate default judgment. On April 4, 4022, an order was entered vacating the default judgment.

| Case No. | Defendant | Status |
|---|---|---|
| 21-50900 | GE Medical Systems Inc. | Settled and Dismissed |
| 21-50901 | General Electric Co. | Settled and Dismissed |
| 21-50778 | General Healthcare Resources Inc. | Settled and Dismissed |
| 21-50936 | Genzyme Corporation | Settled and Dismissed |
| 21-50977 | GlaxoSmithKline LLC | Dismissed |
| 21-50978 | Global Neurosciences Institute | Dismissed |
| 21-50782 | Greater Delaware Valley Society of Transplant Surgeons | Settled and Dismissed |
| 21-50918 | Healthstream, Inc. | Settled and Dismissed |
| 21-50937 | Heery International Inc. | Settled and Dismissed |
| 21-50938 | Holland Square Group, LLC | Settled and Dismissed |
| 21-50979 | Hologic Inc. | Settled and Dismissed |
| 21-50939 | Huntington Technology Finance Inc. | Dismissed |
| 21-50929 | Immucor, Inc. | Settled and Dismissed |
| 21-50951 | Instrumentation Laboratory Inc. | Dismissed |
| 21-50902 | Integra Lifesciences Corporation | Settled and Dismissed |
| 21-50980 | KCI USA Inc. | Dismissed |
| 21-50981 | Manhattan Telecommunications Inc. et al | Settled and Dismissed |
| 21-50788 | Mayflower Laundry & Textile Services, LLC | Settled and Dismissed |
| 21-50919 | Medical Components Inc. | Dismissed |
| 21-50960 | Medical Doctor Associates LLC | Settled and Dismissed |
| 21-50952 | Merit Medical Systems Inc. | Settled and Dismissed |
| 21-50953 | Misys Healthcare Systems Corp. | Dismissed |
| 21-50930 | Nova Capital Group LLC | Settled and Dismissed |
| 21-50904 | Nuance Communications, Inc. | Settled and Dismissed |
| 21-50982 | Nuvasive Inc. | Dismissed |
| 21-50800 | Occupational Health Centers of the Southwest, P.A. | Settled and Dismissed |
| 21-50803 | Olympus America, Inc. | Settled and Dismissed |
| 21-50921 | Orthofix Inc. | Settled and Dismissed |
| 21-50983 | Orthopediatrics Corp. | Settled and Dismissed |
| 21-50906 | Peoples Capital and Leasing Co. | Settled and Dismissed |
| 21-50967 | Pfizer Inc. | Settled and Dismissed |
| 21-50807 | Philips Electronics North America Corporation | Settled and Dismissed |
| 21-50905 | Physician and Tactical Healthcare Services, LLC | Settled and Dismissed |
| 21-50931 | Quantros Inc. | Settled and Dismissed |
| 21-50954 | Reuter & Haney Inc. | Settled and Dismissed |
| 21-50941 | Robert Half International, Inc. | Settled and Dismissed |
| 21-50811 | Roche Diagnostics Corporation | Dismissed |
| 21-51025 | S.A. Comunale Co., Inc. | Settled and Dismissed |
| 21-50942 | Scheduling.com, Inc. | Settled and Dismissed |
| 21-50922 | Scribe America LLC | Settled and Dismissed |
| 21-50955 | SD Real Estate Developers LLC | Settled and Dismissed |
| 21-50987 | Siemens Industry, Inc. et al. | Settled and Dismissed |
| 21-51273 | Shades of Green, Inc. | Settled and Dismissed |

40146638.3

| Case No. | Defendant | Status |
|---|---|---|
| 21-50908 | Solid Waste Services Inc. | Settled and Dismissed |
| 21-50923 | Specialtycare, Inc. | Settled and Dismissed |
| 21-50986 | S.R. Wojdak & Associates, LP | Settled and Dismissed |
| 21-51024 | Sunquest Information Systems, Inc. | Settled and Dismissed |
| 21-50943 | TF Development Ltd. | Dismissed |
| 21-50924 | Tozour Energy Systems, Inc. | Settled and Dismissed |
| 21-50910 | Urology for Children LLC | Dismissed |
| 21-50957 | Veolia Energy Philadelphia, Inc. | Settled and Dismissed |
| 21-50915 | Veritystream, Inc. f/k/a Echo Inc. | Settled and Dismissed |
| 21-51029 | West Physics Consulting, LLC | Settled and Dismissed |
| 21-50958 | WW Grainger Inc. | Settled and Dismissed |
| 21-50925 | Zimmer US, Inc. | Settled and Dismissed |
| 21-50959 | Zimmerman, Joanna | Dismissed |

## **STATUS E**

### **Avoidance Actions Settled but not yet Dismissed**

| | | |
|---|---|---|
| 21-50971 | Beckman Coulter Inc. | Settlement Pending |
| 21-50950 | Diagnostica Stago Inc.[3] | Settled Pending Documentation |
| 21-50962 | Philadelphia Urosurgical Associates PC[4] | Settled |
| 21-50816 | Water Revenue Bureau | Settled Pending Approval of 9019 Motion |

---

[3]    On February 4, 2022, Diagnostica Stago, Inc. filed motions seeking to re-open this Avoidance Action and to vacate the default judgment entered. Such motions are expected to be resolved through the pending settlement.

[4]    On June 10, 2022, an Order Entering Consent Judgment was entered by the Court.

40146638.3

## STATUS F

### Answer Filed and Discovery Underway

| Case No. | Defendant |
|---|---|
| 21-50896 | De Lage Landen Financial Services, Inc. |
| 21-50903 | Keystone Quality Transport Inc. |
| 21-50796 | McKesson Plasma & Biologics LLC, *et al.*[5] |
| 21-50920 | Medline Industries, Inc. |
| 21-50985 | Sanofi Pasteur Inc. |

---

[5] An answer has not yet been filed but presumably will be filed now that its pending motion to dismiss has been decided.

# STATUS G

## Mediator Selected/ Appointed

| |
|---|
| NONE[6] |

---

[6] To be clear, Plaintiffs note that mediators were appointed in many of the adversary proceedings included on Status D, Status E and Status F, but as of the date of this status report all of such mediations have been concluded

# **STATUS H**

## **Avoidance Actions Ready for Trial**

NONE

40146638.3

## **STATUS I**

### **Dispositive Motion Pending**

| Case No. | Defendant |
|---|---|
| NONE | |

40146638.3

# **STATUS J**

**Avoidance Actions Stayed by the Filing of Another Bankruptcy Action / Suggestion of Bankruptcy Filed or Required**

| |
|---|
| NONE |

# **STATUS K**

## **Avoidance Actions in Which an Appeal is Pending**

| |
|---|
| NONE |